FILED

DEC 19 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | 24-50512 |
|---|---|---|
| Name *(under which you were convicted)*: Rickey Claybron | | Docket or Case No.: 3:16-CR-50030 |
| Place of Confinement: USP Victorville | | Prisoner No.: 51258-424 |
| UNITED STATES OF AMERICA v. | Movant *(include name under which convicted)* Rickey Claybron | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: United States Northern District Courts 327 S. Church St Rockford Ill 61101

   (b) Criminal docket or case number (if you know): 3:16-CR-50030-

2. (a) Date of the judgment of conviction (if you know): 10-28-22

   (b) Date of sentencing: 9-12-23

3. Length of sentence: 41 years

4. Nature of crime (all counts): Conspiracy To Commit Hobbs Act Robbery. Hobbs Act Robbery. Use of a firearm In Relation To A Crime of Violence.

5. (a) What was your plea? (Check one)

   (1) Not guilty [X]     (2) Guilty [ ]     (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)     Jury [X]     Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes [ ]     No [X]

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?     Yes ☒     No ☐

9. If you did appeal, answer the following:
    (a) Name of court: Court of Appeals (Seventh Circuit)
    (b) Docket or case number (if you know): No. 22-2665
    (c) Result: Affirmed
    (d) Date of result (if you know): December 19, 2023
    (e) Citation to the case (if you know): 88 F 4th ~~335~~ 1226; 2023 Lexis 33625
    (f) Grounds raised: 1) A Remand To Reconsider the Sentence For His Hobbs Act Robbery convictions. 2) Reversal of His Firearm-Related Convictions Under 924(c).

    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☒
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result: _____
        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐     No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐     No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _____

    (2)  Docket of case number (if you know): _____

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐     No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:     Yes ☐     No ☐

    (2)  Second petition:    Yes ☐     No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: Counsel Wrongfully Proffered Admission of Guilt To The Jury At Trial.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.)

During Trial Attorney Camarena Stated: I'm not saying my client Is not A Robber. He Picked up a gun and Attempted To Rob Zake's Convient store.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Appeal Attorney stated This Claim Has No merit or Appeal.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ☐

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO: Petitioner's Due Process was Violated when The District Court Allowed An All White Jury To find guilt.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.)

Before Voi Dire AND During Jury Selection Every Potential ~~Juror~~ WAS Caucasian In which The Court WAS Aware The Petitioner WAS AN African American Male.

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

AO 243 (Rev. 09/17)

    (2)   If you did not raise this issue in your direct appeal, explain why:

_Appeal Attorney Advised me that this Claim Has No Merit_

(c)  **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☑

    (2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


    (3)   Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


    (7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

GROUND THREE: Counsel was Ineffective on Direct Appeal Raising Petitioner Could Not be guilty of the 924(c) offense because the gun was fake.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

(b) Direct Appeal of Ground Three:

   (1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☑    No ☐

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐    No ☑

   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed:
   
   _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   (3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐    No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐    No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐    No ☐

AO 243 (Rev. 09/17)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND FOUR: Counsel Was Ineffective For not Challenging The Chain of Custody In Reference To Material Evidence Related To The Robbery.

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Police who Recovered the Evidence Stated At Trial that It WAS found In A Abandoned Building. But the Government Showed the Jury An Exhibit Stating It WAS found In the Petitioners Home.

_____

(b)   Direct Appeal of Ground Four:

(1)   If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐        No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)   Post-Conviction Proceedings:

(1)   Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐        No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

    Yes ☐    No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

    Yes ☐    No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

    Yes ☐    No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue:

_____

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which
ground or grounds have not been presented, and state your reasons for not presenting them:

_____

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

John NElSoN

(b) At the arraignment and plea:

John NElSoN

(c) At the trial:

Paul CAMARENA

(d) At sentencing:

Paul CAMARENA

(e) On appeal:

Michelle L. Jacobs & Vanessa K. Eisenmann

(f) In any post-conviction proceeding:

N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

AO 243 (Rev. 09/17)

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
       why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This Motion IS timely BECAUSE The Petitioner
Direct APPEAL WAS Denied on DECEMBER. 19, 2023.
Which IS 1yr within the Statue of Limitation.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
     A one-year period of limitation shall apply to a motion under this section. The limitation period shall run
     from the latest of—
         (1)   the date on which the judgment of conviction became final;
         (2)   the date on which the impediment to making a motion created by governmental action in violation of
         the Constitution or laws of the United States is removed, if the movant was prevented from making such a
         motion by such governmental action;
         (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
         been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
         review; or
         (4)   the date on which the facts supporting the claim or claims presented could have been discovered
         through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

Set Aside or Vacate Conviction or Grant New Trial on All Counts

or any other relief to which movant may be entitled.

Respectfully Ask The Court For Evidentiary Hearing Due To Ineffectiveness.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on December 10, 2024 .
(month, date, year)

Executed (signed) on Rickey Claybron 12-10-24 (date)

Rickey Claybron 12-10-24
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.